ALEXANDER A. LOWANDE, Appellant, *v.* EISENBERG FARMS, INC., et al., Respondents.

Submitted June 3, 1941; decided July 29, 1941.

*Maurice V. Seligson* and *Joseph J. Nista* for appellant.

*Max Rothenberg*, *Morris H. Epstein* and *Arthur Weiss* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.